UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **BEG INVESTMENTS, LLC**<br><br>          **Petitioner**<br><br>**v.**<br><br>**DISTRICT OF COLUMBIA**<br>**ALCOHOLIC BEVERAGE**<br>**REGULATION ADMINISTRATION**<br><br>**ALCOHOLIC BEVERAGE CONTROL**<br>**BOARD**<br><br>          **Respondent** | **1:14-cv-1164**<br><br>Agency Case Number<br>14-251-00163<br><br>Agency Order Number<br>2014-247 |

**NOTICE OF REMOVAL**

In accordance with 28 U.S.C. §§ 1441, 1443 and 1446, the Petitioner, BEG Investments, LLC, hereby removes its Review of the District of Columbia Alcoholic Beverage Regulation Administration's Alcoholic Beverage Control Board Summary Suspension Order of June 6, 2014, attached hereto. The Petitioner's review incorporates claims of deprivation of Equal Rights under law arising under 42 U.S.C. §1981, deprivation of First Amendment rights under color of state authority arising under 42 U.S.C. § 1983, a conspiracy to deprive such civil rights under 42 U.S.C. § 1985 and First Amendment retaliation for prosecution of a civil claim against members of this Board in this Court, *BEG Investments v. Alberti*, 1:13-cv-182 RC, and thus properly implicates the Federal Question jurisdiction of this Court. See *Lightfoot v. District of Columbia*, 448 F.3d 392, 399 (D.C. Cir. 2006) (citing *City of Chicago v. Int'l College of Surgeons*, 522

U.S. 156, 164 (1997); *District Props. Assoc. v. District of Columbia*, 743 F.2d 21, 26-27 (D.C. Cir. 1984)).

Respectfully submitted, this eleventh day of July, 2014,

_____
Matthew August LeFande
Attorney at Law PLLC
4585 North 25th Road
Arlington VA 22207
Tel: (202) 657-5800
Fax: (202) 318-8019
matt@lefande.com
D.C. Bar # 475995
Attorney for Petitioner

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Removal was served upon the following persons via United States Postal Service Priority Mail, postage prepaid and electronic delivery notification requested, this eleventh day of July, 2014.

    Martha Jenkins, General Counsel
    Alcoholic Beverage Regulation Administration
    2000 14th Street NW Suite 400S
    Washington DC 20009-4473

    Todd Kim
    Solicitor General for the District of Columbia
    441 Fourth Street NW, Suite 600 South
    Washington DC 20001

                                _____
                                Matthew LeFande